

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00473-CV

**IN THE INTEREST OF Z.I.E.C.H.** and L.J.C.H.-C., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01727
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against the appellant because he is indigent.

SIGNED March 23, 2022.

_____
Rebeca C. Martinez, Chief Justice